IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN SENA AGENCY, INC., ET AL.,

      Appellant,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY AND NATIONWIDE INSURANCE COMPANY OF FLORIDA,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2896

_____/

Opinion filed March 12, 2015.

An appeal from the Circuit Court for Duval County.
L.P. Haddock, Judge.

Paul O. Lopez of Tripp Scott, P.A., Fort Lauderdale; William P. Tedards, Jr., Washington, D.C., pro hac vice,, for Appellant.

John P. Marino and Kristen L. Wenger of Smith, Gambrell, & Russell, Jacksonville, for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, SWANSON, and BILBREY, JJ., CONCUR.